IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Montgomery Division

**REBECCA SADLER,**

      **Plaintiff,**

v.                                                                                          Civil Action No.

**MAIN STREET ACQUISITION**                              2:12-cv-1005-MEF-CSC
**CORPORATION,**

      **Defendant**

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

In accordance with the Court's Scheduling Order (doc. #8), Section 3, counsel for the plaintiff submits this document.

On November 6, 2013, Anthony B. Bush, counsel for the plaintiff, Rebecca Sadler, and Neal D. Moore, III, counsel for the defendant, Main Street Acquisition Corporation, held a face-to-face settlement conference regarding this matter at Mr. Bush's offices in Montgomery, Alabama. Edward M. Wayland, the other counsel for the plaintiff, participated in this conference by telephone.

Counsel for the parties had a productive and frank discussion about the settlement of this matter. They did not reach a settlement, but they agreed that they would continue to explore the possibility of settlement.

Counsel for the parties also discussed the possibility of using mediation to attempt to resolve the issues between them. They have agreed that they would like to attempt to resolve

this matter using mediation. In coming to this agreement, it was the understanding of the parties that the mediator would be a Magistrate Judge of the United States District Court for the Middle District of Alabama. The parties will take appropriate steps to schedule a mediation conference.

                                        Respectfully submitted,

                                        REBECCA SADLER
                                        Plaintiff
                                        By Counsel

<u>s/Edward M. Wayland</u>
Edward M. Wayland, Esq.
913 E. Jefferson Street
Charlottesville, VA   22902
(434) 984-0300
(334) 460-8760 (fax)
edwayland@yahoo.com

Anthony B. Bush, Esq.
Bush & Faulk, LLC
529 South Perry Street, Suite 18
Montgomery, Alabama 36104
(334) 263-7733
(334) 832-4390 (fax)
anthonybbush@yahoo.com

Counsel for Plaintiff
Rebecca Sadler

                                        CERTIFICATE OF SERVICE

     I hereby certify that on November 12, 2013, I filed a true copy of the foregoing Notice Concerning Settlement Conference and Mediation with the Court using the CM/ECF electronic filing system which will automatically forward a copy to the following:

Neal D. Moore, III, Esq.
*ndm@ffdlaw.com*
Setara Cherryell Foster, Esq.
*scf@ffdlaw.com*
Ferguson, Frost & Dodson, LLC
2500 Acton Road, Suite 200
Birmingham, AL   35243

Counsel for Defendant
Main Street Acquisition Corporation

<u>s/ Edward M. Wayland</u>
Edward M. Wayland, Esq.
