IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Montgomery Division

**REBECCA SADLER,**

    **Plaintiff,**

v.                                                          Civil Action No.

**MAIN STREET ACQUISITION**                      2:12-cv-1005-MEF-CSC
**CORPORATION,**

    **Defendant**

### STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in this action hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-styled action is hereby dismissed with prejudice. The parties shall each bear their own attorneys' fees and costs.

                                    Respectfully submitted,

                                    REBECCA SADLER
                                    Plaintiff
                                    By Counsel

                                    MAIN STREET ACQUISITION CORPORATION
                                    Defendant
                                    By Counsel

s/Edward M. Wayland
Edward M. Wayland, Esq.
913 E. Jefferson Street
Charlottesville, VA   22902
(434) 984-0300
(334) 460-8760 (fax)
*edwayland@yahoo.com*

Anthony B. Bush, Esq.
Bush & Faulk, LLC
529 South Perry Street, Suite 18
Montgomery, Alabama 36104
(334) 263-7733
(334) 832-4390 (fax)
*anthonybbush@yahoo.com*

Counsel for Plaintiff
Rebecca Sadler


s/ Neal D. Moore, III
Neal D. Moore, III, Esq.
*ndm@ffdlaw.com*
Setara Cherryell Foster, Esq.
*scf@ffdlaw.com*
Ferguson, Frost & Dodson, LLC
2500 Acton Road, Suite 200
Birmingham, AL   35243

Counsel for Defendant
Main Street Acquisition Corporation


CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2014, I filed a true copy of the foregoing Stipulation of Dismissal With Prejudice with the Court using the CM/ECF electronic filing system which will automatically forward a copy to the following:

Neal D. Moore, III, Esq.
*ndm@ffdlaw.com*
Setara Cherryell Foster, Esq.
*scf@ffdlaw.com*
Ferguson, Frost & Dodson, LLC
2500 Acton Road, Suite 200
Birmingham, AL   35243

Counsel for Defendant
Main Street Acquisition Corporation


                                            s/ Edward M. Wayland
                                            Edward M. Wayland, Esq.